UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BLAKE D. REEVES, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:12-cv-00205 |
| | ) Judge Trauger |
| CLINT CRAWFORD, et al., | ) |
| Defendants. | ) |

## O R D E R

The plaintiff, proceeding *pro se*, is an inmate at the Robertson County Jail in Springfield, Tennessee. The plaintiff has filed a complaint under 42 U.S.C. § 1983 (Docket No. 1) and an application to proceed *in forma pauperis* (Docket No. 2).

The plaintiff's application to proceed *in forma pauperis* is defective because the application has not been properly notarized. Administrative Order No. 93 requires that any application to proceed *in forma pauperis* filed by a prisoner must include the signature of the authorized custodian of prison accounts that has been properly notarized by a licensed notary public of the State of Tennessee.[1]

The Clerk shall make a copy of the plaintiff's application to proceed *in forma pauperis* and attachments thereto (Docket No. 2) for the court's records and return the original application and attachments to the plaintiff. The Clerk shall also send the plaintiff a copy of Administrative Order No. 93 for the plaintiff's convenience. Thereafter, the plaintiff shall submit to the court within thirty (30) days of the date of service of this order either a properly completed application to proceed *in forma pauperis*, in full compliance with Administrative Order No. 93, or the full civil filing fee

---

[1]The application bears no notary stamp of certification. *(Compare* Docket No. 2 at p. 3 *to* Docket No. 1 at p. 6.)

of three hundred fifty dollars ($350.00).

The plaintiff is forewarned that, if he does not comply with this order within the time specified, the court may dismiss his action for want of prosecution.

An extension of time to submit the required items may be requested from this court if a motion for an extension of time is filed within thirty (30) days of the date of entry of this order. *Id.* at 605; *Floyd v. United States Postal Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superseded on other grounds by* Rule 24, Fed. R. App. P.

It is so **ORDERED**.

							_____
							Aleta A. Trauger
							United States District Judge